IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:07CV219 |
| ) | |
| BARBARA A. MORGAN, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

IT APPEARS that Defendant Barbara A. Morgan is in default for failure to plead or otherwise defend as provided by law; therefore, upon application of Plaintiff, default is hereby entered against the Defendant.

This the 9th day of July, 2007.

                                                /s/ John S. Brubaker
                                      CLERK, U.S. DISTRICT COURT