THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07CV219 |
| ) | |
| BARBARA A. MORGAN, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

A Default having been entered as to the Defendant, Barbara A. Morgan, in the above-mentioned case, on the 9th day of July, 2007, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment by default against the Defendant, and having filed a proper affidavit as to the amount due from the Defendant to the Plaintiff;

IT IS ORDERED that the United States of America have and recover from the Defendant, Barbara A. Morgan, the sum of $19,365.86 as principal, $3,707.92 as interest due to February 14, 2007, and $370.00 as costs, together with postjudgment interest on the total amount of this judgment at the legal rate of 4.91 percent per annum, computed daily and compounded annually, from entry of this Judgment until paid.

This 3rd day of August, 2007.

      /s/ John S. Brubaker
      CLERK, UNITED STATES DISTRICT COURT