IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CV219 |
| | ) |
| BARBARA A. MORGAN, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| HOLLYWOOD ENTERTAINMENT | ) |
| CORP T/A HOLLYWOOD VIDEO, | ) |
| Garnishee. | ) |

## WRIT OF CONTINUING GARNISHMENT

**GREETINGS TO:** Hollywood Entertainment Corp T/A Hollywood Video, c/o The Frick Company, St. Louis, MO 63166-0283, Attention: Payroll.

The court has issued this writ upon application by the United States for a Writ of Continuing Garnishment against the property and earnings of Barbara A. Morgan, Defendant. 28 U.S.C. § 3205(c). The writ is premised upon a judgment entered in this case against the above-named Defendant. The judgment is for a defaulted student loan in the principal amount of $19,365.86, interest in the amount of $3,707.92, plus costs of $370.00 and post judgment interest.

The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $24,435.14, which includes updated and compounded interest as of October 18, 2007. Interest is accruing at the rate of 4.91%.

Pursuant to 28 U.S.C. § 3011, the United States is entitled to recover a surcharge of ten percent of the total debt to cover the costs of processing and handling litigation and enforcement in connection with the recovery of this debt. The surcharge amounts to $2,443.52, leaving a total balance now due of $ 26,878.66

<u>You are required by law to answer within ten (10) days in writing</u>, under penalty of perjury, whether or not you have in your custody, control, or possession, any property of the Defendant debtor, including nonexempt disposable earnings.

<u>You are further required to withhold and retain</u>, pending further order of the court, any property or disposable earnings in which the Defendant debtor has a substantial nonexempt interest. In the case of disposable earnings due or to become due, you must withhold and retain for each weekly pay period the <u>lesser</u> of (1) 25 percent of that part of earnings remaining after all deductions required by law have been withheld, or (2) the amount by which the disposable earnings for that week exceed thirty times $5.85, which is the federal minimum hourly wage. (If the pay period is not weekly, contact the United States Attorney for information on the amount you must withhold.)

IN FILING YOUR ANSWER, YOU ARE HEREBY ORDERED TO USE THE ENCLOSED FORM ENTITLED "ANSWER OF THE GARNISHEE," AND YOU MUST ANSWER ALL QUESTIONS.

Within ten (10) days of your receipt of this writ, you must file the original written Answer of the Garnishee with the Clerk of the United States District Court at P.O. Box 2708, Greensboro, North Carolina 27402. Additionally, you are required by law to serve

a copy of the Answer of the Garnishee upon the debtor, Barbara A. Morgan, at 75 Wilson Street, NE, Concord, North Carolina 28025-3444, and upon Joan B. Binkley, Assistant United States Attorney, Post Office Box 1858, Greensboro, North Carolina 27402, Attention: Financial Litigation Unit.

Under the law, some kinds of property are exempt from the Writ of Continuing Garnishment. Such exempt property which is not subject to the writ, is listed on the enclosed "Claim for Exemption" form.

Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging the Defendant debtor from employment by reason of the fact that his or her earnings have been subject to garnishment for any one indebtedness.

IF YOU FAIL TO ANSWER THE WRIT OR FAIL TO WITHHOLD PROPERTY OR EARNINGS IN ACCORDANCE WITH THE WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR BUT FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THE WRIT, THE COURT MAY ORDER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY OR EARNINGS. THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF YOU DO NOT ANSWER THE WRIT WITHIN THE TIME SPECIFIED AND A PETITION REQUIRING YOU TO APPEAR IS FILED.

It is unlawful to pay or deliver to the Defendant debtor any property or earnings garnished by this writ.

_____
Clerk, United States District Court

December 11th, 2007
_____
Date